UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20360-ALTONAGA/REID
18 U.S.C. § 2252(a)(1) and (b)(1)
18 U.S.C. § 2253(a)

UNITED STATES OF AMERICA

v.

D'ARTAGNAN JAMES PETRIK,

Defendant.
______________________________/

FILED BY JP D.C.
Aug 31, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

On or about May 24, 2026, at PortMiami, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**D'ARTAGNAN JAMES PETRIK,**

did knowingly transport any visual depiction, using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **D'ARTAGNAN JAMES PETRIK**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as

alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

FOR

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LINET OLINGHOUSE
ASSISTANT UNITED STATES ATTORNEY

JEFFREY M. PIERCE
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**v.**

D'ARTAGNAN JAMES PETRIK,
______________________________________/
Defendant.

**CASE NO.** ______________________________
**26__CR__20360__ALTONAGA/REID**

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ______
Number of New Defendants ______
Total Number of New Counts ______

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) __No__
   List language and/or dialect: ______________________________
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☒ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☒ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge ______________________ Case No. ______________________
7. Has a complaint been filed in this matter? (Yes or No) __No__
   If yes, Judge ______________________ Magistrate Case No. ______________________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge ______________________ Case No. ______________________
9. Defendant(s) in federal custody as of ______________________
10. Defendant(s) in state custody as of ______________________
11. Rule 20 from the __________ District of ______________
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? __No__
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? __No__

By: ______________________________
Linet Olinghouse
Assistant United States Attorney
SDFL Court ID No. A5503502

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** **D'Artagnan James Petrik**

**Case No:** 26-CR-20360-ALTONAGA/REID

Count #: 1

Transportation of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Code, Sections 2252(a)(1) and (b)(1)

* **Max. Term of Imprisonment:** Twenty years
* **Mandatory Min. Term of Imprisonment:** Five years
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** Five years
* **Max. Fine:** $250,000